requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2087. IN RE DISBARMENT OF PEEK. Mercer Randall Peek, of Conyers, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2088. IN RE DISBARMENT OF ROBINS. John Edwards Robins, Jr., of Hampton, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–76. AGARWAL ET UX. v. MORRIS ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 126, Orig. KANSAS v. NEBRASKA ET AL. Motion to strike Nebraska's counterclaim denied. Nebraska is granted leave to file a motion to dismiss, in the nature of a motion under Rule 12(b)(6) of the Federal Rules of Civil Procedure, limited to the question whether the Republican River Compact restricts a State's consumption of groundwater. If such a motion is filed, the parties shall then brief the legal issue. Motion and opening brief of Nebraska shall be filed on or before 45 days from the date of this order. Kansas' brief shall be filed within 30 days thereafter, after which Nebraska may promptly file a reply brief. Further consideration of motion for appointment of Special Master deferred. [For earlier order herein, see, e. g., 525 U. S. 1101.]

No. 98–8970. HOLSEY v. DIRECTOR OF CLASSIFICATION FOR DIVISION OF CORRECTIONS ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until July 12, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.